| | |
|---|---|
| 1 | Erik L. Jackson SBN 166010 |
| | ejackson@cozen.com |
| 2 | Nathan M. Dooley, SBN 224331 |
| | ndooley@cozen.com |
| 3 | 601 South Figueroa Street, Suite 3700 |
| | Los Angeles, CA  90017 |
| 4 | Telephone: 213.892.7900 |
| | Facsimile: 213.892.7999 |

Attorneys for Defendants
LEGACY LIFE ADVISORS, LLC,
DEREK A SIEWERT and WILLIAM
HUTCHISON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREYR HOLDINGS, LLC, a California limited liability company, | Case No.: 2:10-cv-09446-GAF (Ex) |
| Plaintiff, | **DECLARATION OF WILLIAM HUTCHISON IN SUPPORT OF MOTION TO MODIFY THE SCHEDULING ORDER AND [PROPOSED] MOTION TO AMEND ADMISSIONS NOS. 1 AND 8** |
| vs. | |
| LEGACY LIFE ADVISORS, LLC, a Florida limited liability company; DEREK A SIEWERT, an individual; WILLIAM HUTCHISON, an individual; and DOES 1 through 15, inclusive, | |
| | Date:     1-7-13 |
| | Time:    9:30 a.m. |
| | Dept.:    740 |
| Defendant. | |

I, William Hutchison, declare:

1. I am a Defendant in this action and a member of Defendant Legacy Life Advisors, LLC ("Defendant Legacy").  I submit this Declaration in Support of Defendant Legacy's Motion to Modify this Court's Scheduling Order and [Proposed] Motion to Amend or Withdraw Defendant Legacy's Admissions Nos. 1 and 8.  I have personal knowledge of the matters stated below and if called to testify I could and would testify competently thereto.

2. When Plaintiff sued myself and others in this case, I assumed that Plaintiff had sued Legacy NA because Plaintiff was aware that Legacy NA was the involved entity as its name was on the draft agreements that were circulated and

Legacy NA was identified on the agreement with ITC Holdings, LLC ("ITC") ("POLSA").

3. Early in this case, my former counsel, Rutan & Tucker, asked me to sign a declaration attesting to certain aspects of the relationship between what I understood at the time was Legacy NA, ITC and Plaintiff or affiliated companies. I signed the declaration in reliance on my former counsel. In the declaration, it states that ITC paid Legacy in accordance with the POLSA. To be clear, ITC paid Legacy NA in accordance with the POLSA.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 3, 2012 at Westport, Connecticut.

<u>Signature to follow</u>
WILLIAM HUTCHISON