LINK: 118

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9446 GAF (Ex) | Date | January 22, 2014 |
|---|---|---|---|
| Title | Freyr Holdings, LLC v. Legacy Life Advisors, LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

**ORDER CONTINUING HEARING**

The Court is in receipt of the motion to withdraw as counsel of record for Plaintiff Freyr Holdings, LLC filed by Silverman Shin Byrne & Gilchrest LLP. (Docket No. 118 [Mot. to Withdraw].) The motion hearing presently scheduled for Monday, January 27, 2014, at 9:30 a.m. is hereby **CONTINUED** to Monday, February 24, 2014, at 9:30 a.m.

**IT IS SO ORDERED**.