JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREYR HOLDINGS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LEGACY LIFE ADVISORS, LLC, a Florida Limited Liability Company; DEREK A. SIEWERT, an Individual; WILLIAM HUTCHISON, an Individual; and DOES 1 through 15, inclusive,<br><br>Defendants. | **CASE NO. CV10-9446 GAF (Ex)**<br><br>Hon. Gary A. Feess, Courtroom 740<br><br>**JUDGMENT FOLLOWING BENCH TRIAL** |

This action came on regularly for bench trial on October 9 through 11, 2013, in Courtroom 740 (Roybal Federal Building) of the United States District Court for the Central District of California, the Honorable Gary A. Feess presiding. Plaintiff Freyr Holdings, LLC was represented by Robert M. Gilchrest and Amy S. Russell. Defendants Legacy Life Advisors, LLC, Derek A. Siewert, and William Hutchison were represented by Erik L. Jackson and Brett Nicole Taylor.

Pursuant to the Findings of Fact and Conclusions of Law issued by the Court on January 24, 2014, it is hereby ORDERED AND ADJUDGED as follows:

1. Judgment is entered for Freyr Holdings, LLC and against Defendants Derek A. Siewert and William Hutchison, jointly and severally, in the amount of $1,374,350 on the claim for breach of contract and the alternative claim for money had and received.

2. Judgment is entered in favor Legacy Life Advisors, LLC on the claim for breach of contract and the alternative claim for money had and received.

3. The rights of the parties to prevailing party costs and/or attorneys' fees shall be determined by subsequent motions of the parties and orders by this Court.

IT IS SO ORDERED.

DATED: January 30, 2014

_____
GARY A. FEESS
United States District Judge

JS-6