Robert M. Gilchrest, Esq. (SBN 134254)
Amy S. Russell, Esq. (SBN 284131)
**SILVERMAN SHIN BYRNE & GILCHREST LLP**
500 South Grand Avenue, Suite 1900
Los Angeles, California 90071
Telephone: (213) 683-5350
Facsimile: (213) 627-7795

Attorneys for Non-Party
SILVERMAN SHIN BYRNE & GILCHREST LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREYR HOLDINGS, LLC, a California Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> LEGACY LIFE ADVISORS, LLC, a Florida Limited Liability Company; DEREK A. SIEWERT, an individual; WILLIAM HUTCHISON, an individual, and DOES 1-15, inclusive, <br><br> Defendants. | **Case No. CV10-9446 GAF (Ex)** <br><br> Hon. Gary A. Feess, Courtroom 740 <br><br> **NOTICE OF ATTORNEY'S LIEN** <br><br> Action Filed: April 27, 2010 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:

NOTICE IS HEREBY GIVEN of the attorney's lien of Silverman Shin Byrne & Gilchrest LLP ("SSBG") against the funds to be deposited with the Court or awarded in this action in favor of or for the benefit of Freyr Holdings, LLC ("Freyr"). The attorney's lien arises from an express provision in the February 3, 2011, written retainer agreement between Freyr and SSBG. The attorney's lien is intended to secure payment for attorney's fees and expenses incurred on behalf of Freyr pursuant to the February 3, 2011, retainer agreement.

DATED: February 24, 2014

Respectfully submitted,

**SILVERMAN SHIN BYRNE & GILCHREST LLP**

BY: *Amy Russell*
ROBERT M. GILCHREST
AMY S. RUSSELL
Attorneys for Non-Party
SILVERMAN SHIN BYRNE & GILCHREST LLP