Robert M. Gilchrest (SBN 134254) *rgilchrest@silverfirm.com*
Amy S. Russell (SBN 284131) *arussell@silverfirm.com*
**SILVERMAN SHIN BYRNE & GILCHREST LLP**
500 South Grand Avenue, Suite 1900
Los Angeles, California 90071
Telephone: (213) 683-5350
Facsimile: (213) 627-7795

Attorneys for Plaintiff
FREYR HOLDINGS, LLC

Erik L. Jackson (SBN 166010) *ejackson@cozen.com*
Nathan M. Dooley (SBN 224331) *ndooley@cozen.com*
**COZEN O'CONNOR**
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: (213) 892-7900
Facsimile: (213) 892-7999

Attorneys for Defendants
LEGACY LIFE ADVISORS, LLC,
DEREK A. SIEWERT and WILLIAM HUTCHISON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREYR HOLDINGS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LEGACY LIFE ADVISORS, LLC, a Florida limited liability company; DEREK A. SIEWERT, an individual; WILLIAM HUTCHISON, an individual; and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No. CV10-9446 GAF(Ex)<br><br>[Assigned to the Hon. Gary A. Feess]<br><br>**STIPULATION SETTING COSTS**<br><br><u>HEARING BEFORE CLERK</u><br>Date:   February 28, 2014<br>Time:   11:00 a.m.<br>Place:  Telephonic |

IT IS HEREBY STIPULATED, by and between Plaintiff Freyr Holdings, LLC ("Freyr"), on the one hand, and Defendants Derek Siewert ("Siewert") and William Hutchison ("Hutchison"), on the other hand, by and through their respective counsel, as follows:

WHEREAS, judgment was entered by the Court in this matter on January 30, 2014, in favor of Freyr and against Siewert and Hutchison;

WHEREAS, pursuant to Local Rule 54-1 *et seq.*, Freyr's Application to the Clerk to Tax Costs and Proposed Bill of Costs was due and filed on February 13, 2014, seeking costs in the total amount of $3,355.05;

NOW THEREFORE, the parties have agreed and hereby stipulate to set costs at $2,750, to be paid to Freyr by Siewert and Hutchison.

February 20, 2014

Respectfully submitted,

**SILVERMAN SHIN BYRNE & GILCHREST LLP**

By: _____
Robert M. Gilchrest
Amy S. Russell
Attorneys for Plaintiff FREYR HOLDINGS, LLC

February 22, 2014

Respectfully submitted,

**COZEN O'CONNOR**

By: _____
Erik L. Jackson
Nathan M. Dooley
Attorneys for Defendants LEGACY LIFE ADVISORS, LLC, DEREK A. SIEWERT and WILLIAM HUTCHISON