1  Robert M. Gilchrest (SBN 134254)
2  **GILCHREST LAW GROUP**
   200 E. Carrillo Street, Suite 100
3  Santa Barbara, California 93101
   Telephone: (213) 709-5087
4  Robert.gilchrestlawgroup@gmail.com

5  Attorneys for Plaintiff and Judgment Creditor
   FREYR HOLDINGS, LLC and assignees
6  RICHARD MARSHALL and ERIK NORD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| FREYR HOLDINGS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LEGACY LIFE ADVISORS, LLC, a Florida Limited Liability Company; DEREK A. SIEWERT, an Individual; WILLIAM HUTCHISON, an Individual; and DOES 1 through 15, inclusive,<br><br>Defendants. | **CASE NO. 2:10-CV-09446 GAF (Ex)**<br><br>**JUDGMENT ON APPLICATION FOR RENEWAL OF JUDGMENT** BY CLERK NUNC PRO TUNC TO 1/29/2024 |

1  Richard Marshall and Erik Nord, assignees of FREYR HOLDINGS, INC.
2  ("Applicants") have filed an application for and renewal of judgment (the
3  "Application") against Derek A. Siewert and William Hutchison ("Defendants").
4  Based upon the application and declarations submitted in support thereof, and the
5  records and documents on file herein:

6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

7  The Judgment entered on January 30, 2014, and the costs award entered
8  March 7, 2014, are hereby RENEWED in favor of the Applicants against Defendants
9  Derek A. Siewert and William Hutchison, in the sum of $1,080,670.99.

11  Dated: NUNC PRO TUNC TO JANUARY 29, 2024

13  *[signature: Sharon Hall Brown]*
    Deputy Clerk,

Respectfully submitted by:

**GILCHREST LAW GROUP**
200 E. Carrillo Street, Suite 100
Santa Barbara, California 93101
Telephone: (213) 709-5087
Robert.gilchrestlawgroup@gmail.com

Dated:   January 29, 2024

BY  /s/Robert M. Gilchrest
ROBERT M. GILCHREST

Attorneys for Plaintiff and Judgment Creditor FREYR HOLDINGS, LLC and Assignees Richard Marshall and Erik Nord

**PROOF OF SERVICE**
CASE NO. 2:10-CV-09446 GAF (Ex)

I am employed in the County of Santa Barbara, State of California. I am over the age of eighteen (18) and am not a party to the within action. My business address is 200 E. Carrillo Street, Suite 100, Santa Barbara, California 93101. On this date, I served the following document(s) described as:

**[PROPOSED] JUDGMENT ON APPLICATION FOR AND RENEWAL OF JUDGMENT**

on all interested parties in this action as follows:

| | |
|---|---|
| Derek A. Siewert, 8502 Preston Road #336, Dallas, TX 75225<br><br>William Hutchison, 1 Bayberry Common, Westport, Ct 06880. | |

XX  (BY MAIL)  I caused such envelopes to be deposited in the mail.  The envelope(s) were mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the UNITED STATES POSTAL SERVICE on that same day in the ordinary course of business.  I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

(BY PERSONAL SERVICE)  I caused such envelope(s) to be delivered by hand to the offices of the addressees indicated herein.

(BY ELECTRONIC TRANSFER)  I caused all of the pages of the above-entitled document to be sent to the recipients listed herein via electronic transfer (E-MAIL) at the respective EMAIL addresses indicated herein.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 29, 2024, in Santa Barbara, California.

     _s/Robert M. Gilchrest/_____
       Robert M. Gilchrest